■　CHARLES F. STACCIO, Individually and as Guardian ad Litem of CHARLES P. STACCIO, an Infant, Respondent, v. ST. MARY'S BENEVOLENT ASSOCIATION OF KINGSTON, INC., et al., Appellants.— Motion granted and appeal reinstated upon the following conditions (a) that appellant perfect the appeal by December 15 and be ready to argue at the January 1962 Term; (b) that appellant furnish security for the payment of any ultimate judgment in the action. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■　In the Matter of ALEXANDER HAHNL, Petitioner. MARTIN P. CATHERWOOD, as Industrial Commissioner, et al., Respondents.— Application for stay granted upon condition that the petitioner perfect the record in this court on or before December 15 and be ready for argument at the January 1962 Term. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■　In the Matter of GEORGE BEATTY, Doing Business as BEATTY SUPPLY Co.— Application for stay granted upon condition that appellant forthwith file in the office of the Secretary of State, to be retained by her under seal, the documents and instruments here in dispute, any copies made thereof and any notations, computations or work products derived therefrom until the determination of the appeal or until further order of the court, and on further condition that the appellant perfect the appeal on or before December 15 and be ready for argument at the January 1962 Term of this court. Present — Bergan, P. J., Gibson, Herlihy and Taylor, JJ.

■　In the Matter of the Claim of ORAZIO PERROTTA, Respondent, v. LUIGI SETTE & DESTEPHANO COMPANY et al., Appellants, and EXCEL CONTRACTING CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for an order granting costs denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■　In the Matter of the Claim of GLORIA HALL, Respondent. LORD & TAYLOR, Employer, Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion granted and fee fixed at $150. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■　In the Matter of the Claim of HERBERT L. SYBELL, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion for an order fixing counsel fees granted and fixed at $150; disbursements fixed at $50. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■　In the Matter of the Claim of ROSE LEIFER, Appellant, v. Estate of ISIDORE SCHACHTER et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■　In the Matter of CHARLES H. PERRY, Appellant, v. SHARON J. MAUHS, as Conservation Commissioner of the State of New York, Respondent.— Motion for reargument or in the alternative for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■　In the Matter of QUEENS WINDSOR CORPORATION et al., Appellants, v. PUBLIC SERVICE COMMISSION et al., Respondents.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.